```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                                  Case No. 16-00105-RNO
Pamela J. Lesher                                                                        Chapter 13
         Debtor                           CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 2                 Date Rcvd: Jul 03, 2019
                              Form ID: pdf010               Total Noticed: 33
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             Pamela J. Lesher,    57 W Garibaldi Ave,    Nesquehoning, PA 18240-1012
cr            +Carbon County Tax Claim Bureau,    Court House Annex PO Box 37,    JIM THORPE, PA 18229-0037
4740474        Advance America Corporate Headquarters,    135 N Church St,    Spartanburg, SC 29306-5138
4788342       +Carbon County Tax Claim Bureau,    Courthouse Annex, P. O. Box 37,    Jim Thorpe, PA 18229-0037
4782882        CitiFinancial Servicing LLC,    P.O. Box 6043,    Irving, TX 57117-6043
4740480        Citifinancial,    605 Munn Rd E,    Fort Mill, SC 29715-8421
4740481        County of Carbon,    Patricia R. Vito,    106 E Center St,    Nesquehoning, PA 18240-1607
4740482        First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
4740485        Hsbc Bank Nevada Household Bank,    Hsbc Premier Service Center,    PO Box 2013,
                 Buffalo, NY 14240-2013
4740473        Law Office of Adam R Weaver Esq,    1407 Blakeslee Boulevard Dr E,    Lehighton, PA 18235-9665
4740472        Lesher Pamela J,    57 W Garibaldi Ave,    Nesquehoning, PA 18240-1012
4772094       +NCB Management Services, Inc,    One Allied Drive,    Trevose, PA 19053-6945
4740487        NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
4740488        Nesquehoning Borough-3rd Ward,    Patricia R. Vito,    106 E Center St,
                 Nesquehoning, PA 18240-1607
4740491        Panther Valley School District,    Patricia R. Vito,    106 E Center St,
                 Nesquehoning, PA 18240-1607
4909436       +Panther Valley School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
4740495        Vermillion Dental Office,    39 W Ludlow St,    Summit Hill, PA 18250-1141
4990537       +Wilmington Savings Fund Society,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
5006183       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
5006184       +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806,    Wilmington Savings Fund Society, FSB,
                 Carrington Mortgage Services, LLC 92806-5948
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4740475       +E-mail/Text: bankruptcies@amerassist.com Jul 03 2019 19:25:38      Amerassist AR Solution,
                 445 Hutchinson Ave Ste 5,    Columbus, OH 43235-8616
4740477        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 19:34:09
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
4740476        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 19:34:09      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
4740478       +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 19:25:23      Cavalry Portfolio Serv,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
4773141       +E-mail/Text: bankruptcy@cavps.com Jul 03 2019 19:25:23      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4740483        E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 19:34:31      Ge Capital Retail Bank,
                 Synchrony Financial Headquarters,    777 Long Ridge Rd,    Stamford, CT 06902-1247
4740484        E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 19:34:30      Ge Money Bank,
                 Ge Money Headquarters,    1600 Summer St Fl 5,    Stamford, CT 06905-5125
4740486        E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 19:25:15      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4740489        E-mail/Text: bankruptcy@oneclickcash.com Jul 03 2019 19:25:09      One Click Cash,
                 52946 Highway 12 Ste 3,    Niobrara, NE 68760-7085
4740490        E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 19:34:49      Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
4740492        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 19:34:57
                 Portfolio Recovery Associates , LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
4740493        E-mail/Text: nailda@centralcreditaudit.com Jul 03 2019 19:25:35
                 Statewide Tax Recovery, Inc.,    PO Box 752,    Sunbury, PA 17801-0752
4740494        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 03 2019 19:24:54
                 Verizon,    500 Technology Dr Ste 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Panther Valley School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
4788499*      +Carbon County Tax Claim Bureau,    Courthouse Annex, P. O. Box 37,    Jim Thorpe, PA 18229-0037
4740479     ##CitiFinancial,    PO Box 183172,    Columbus, OH 43218-3172
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
              Adam R Weaver    on behalf of Debtor 1 Pamela J. Lesher AttyWeaver@icloud.com,
               G16927@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Panther Valley School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Joseph R. Baranko, Jr.    on behalf of Creditor    Carbon County Tax Claim Bureau
               josephb@slusserlawfirm.com
              Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com,    mdewitt@ecf.inforoptcy.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Pamela J. Lesher

             Debtor 1

Chapter: 13
Case No.: 5:16-bk-00105-RNO

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: July 3, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case – Revised 4/18